# Court of Appeals
# of the State of Georgia

ATLANTA,  July 09, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1921. KEVIN YOUNG PARRISH v. THE STATE.**

Kevin Young Parrish filed this direct appeal from the trial court's order denying his motion to dismiss on constitutional speedy trial grounds. In *Sosniak v. State*, 292 Ga. 35 (734 SE2d 362) (2012), however, the Supreme Court of Georgia ruled that such an order may not be appealed directly. Id. at 36-40 (2). Rather, a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain immediate appellate review. Id. at 40 (2). Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/09/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*